PROB 12C  
(6/16)

Report Date: January 12, 2024

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE  
U.S. DISTRICT COURT  
EASTERN DISTRICT OF WASHINGTON

Jan 16, 2024

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jacob M. Langford                    Case Number: 0980 2:18CR00044-TOR-1

Address of Offender: ▉▉▉▉▉▉▉, Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza Jr, U.S. District Court Judge  
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Court Judge

Date of Original Sentence: October 31, 2018

| | |
|---|---|
| Original Offense: | Possession With the Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(C); Possession of a Firearm During and in Relation to a Drug Trafficking Offense, 18 U.S.C. § 924(c)(1)(A); |
| Original Sentence: | Prison - 70 months<br>TSR - 60 months |
| Asst. U.S. Attorney: | Patrick Cashman |
| Defense Attorney: | Federal Defender's Office |

Type of Supervision: Supervised Release

Date Supervision Commenced: June 7, 2023

Date Supervision Expires: June 6, 2028

## PETITIONING THE COURT

To issue a summons.

On June 7, 2023, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Langford as outlined in the judgment and sentence. Mr. Langford acknowledged an understanding of those conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.<br><br>**Supporting Evidence**: Mr. Langford allegedly violated the above-stated condition of supervision by using illicit controlled substances, specifically methamphetamine, on or about December 8, 2023.<br><br>On December 15, 2023, Mr. Langford reported for a scheduled office appointment. He was asked about his sobriety, in which he disclosed he had recently used methamphetamine. Additionally, Mr. Langford signed an admission of use form. |

Prob12C
**Re: Langford, Jacob M**
**January 12, 2024**
Page 2

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/12/2024

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge
January 16, 2024

Date