PROB 12C
(6/16)

Report Date: March 6, 2025

## United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 07, 2025**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jacob M. Langford     Case Number: 0980 2:18CR00044-TOR-1

Address of Offender: ▮▮▮▮▮▮▮▮ Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza Jr, U.S. District Court Judge
Name of Supervising Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Court Judge

Date of Original Sentence: October 31, 2018

| | |
|---|---|
| Original Offense: | Possession with the Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(C); Possession of a Firearm During and in Relation to a Drug Trafficking Offense, 18 U.S.C. § 924(c)(1)(A) |
| Original Sentence: | Prison - 70 months   TSR - 60 months |
| Asst. U.S. Attorney: | U.S. Attorney's Office |
| Defense Attorney: | Federal Defender's Office |

Type of Supervision: Supervised Release

Date Supervision Commenced: June 7, 2023

Date Supervision Expires: June 6, 2028

### PETITIONING THE COURT

To issue a summons.

On June 7, 2023, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Langford as outlined in the judgment and sentence. Mr. Langford acknowledged an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Langford allegedly violated the above-stated condition on February 8, 2025. On that date, Mr. Langford was arrested by Idaho State Police for the misdemeanor crime of failing to access the port of entry, in case number C25000291.<br><br>At the time of this petition, this charge remains pending. |
| 2 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Langford allegedly violated the above-stated condition on February 8, 2025. On that date, Mr. Langford was arrested by Idaho State Police for the misdemeanor crime of open alcohol container in a commercial vehicle, in case number C25000291.<br><br>At the time of this petition, this charge remains pending. |

Prob12C
Re: Langford, Jacob M.
March 6, 2025
Page 2

    3    **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

        **Supporting Evidence**: Mr. Langford allegedly violated the above-stated condition of supervision by using an illicit controlled substance, specifically fentanyl, on or about February 24, 2025.

        On February 28, 2025, Mr. Langford provided a random urine sample that tested presumptive positive for fentanyl. Mr. Langford signed an admission of use form, confirming his use of fentanyl.

        On March 5, 2025, Alere Laboratory confirmed Mr. Langford's urine sample tested positive for fentanyl.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  03/06/2025

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Thomas O. Rice* (signature)

Thomas O. Rice
United States District Judge

March 7, 2025

Date