PROB 12C
(6/16)

Report Date: July 17, 2025

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 18, 2025

SEAN F. MCAVOY, CLERK

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jacob M. Langford                    Case Number: 0980 2:18CR00044-TOR-1

Address of Offender:                    Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr, U.S. District Court Judge
Name of Supervising Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Court Judge

Date of Original Sentence: October 31, 2018

| | |
|---|---|
| Original Offense: | Possession with the Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(C); Possession of a Firearm During and in Relation to a Drug Trafficking Offense, 18 U.S.C. § 924(c)(1)(A) |
| Original Sentence: | Prison - 70 months; TSR - 60 months |
| Asst. U.S. Attorney: | Frieda Zimmerman |
| Defense Attorney: | Nathan Poston |

Type of Supervision: Supervised Release

Date Supervision Commenced: June 7, 2023

Date Supervision Expires: June 6, 2028

### PETITIONING THE COURT

To issue a summons.

On June 7, 2023, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Langford as outlined in the judgment and sentence. Mr. Langford acknowledged an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |
| | **Supporting Evidence**: Mr. Langford allegedly violated the above-stated condition of supervision by using an illicit controlled substance, specifically "spice," on or about June 23, 2025. |
| | On June 23, 2025, Mr. Langford's urine sample was submitted to the laboratory specifically for the testing of spice, a synthetic cannabinoid. |
| | On July 1, 2025, Pioneer Human Services chemical dependency counselor confirmed Mr. Langford's urine sample tested positive for spice by the 3rd party laboratory. Additionally, Mr. Langford admitted via voice mail to testing positive for spice to the undersigned officer. |

Prob12C
Re: Langford, Jacob .M
July 17, 2025
Page 2

| | | |
|---|---|---|
| 2 | | **Standard Condition #4**: You must be truthful when responding to the questions asked by your probation officer. |

**Supporting Evidence**: Mr. Langford allegedly violated the above-stated condition of supervision by being dishonest to the United States probation officer when questioned about his drug use.

On July 15, 2025, Mr. Langford was asked specifically about the dates in which he used the controlled substance. Mr. Langford replied with "June 12 to 2 or 3 weeks ago." The undersigned officer questioned the dates and asked again to which Mr. Langford's response was unwavering.

On July 16, 2025, Mr. Langford disclosed to Pioneer Human Services staff that he had not been honest and admitted to using spice for "several months."

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/17/2025

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice

Signature of Judicial Officer

July 18, 2025
Date